**IN THE SUPREME COURT OF TENNESSEE**
**AT NASHVILLE**

<u>**FOR PUBLICATION**</u>

**Filed:** September 21, 1998

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | United States District Court |
| | ) | Western District of Tennessee |
| PLAINTIFF/RESPONDENT, | ) | Eastern Division |
| | ) | No. 1-96-1172 |
| v. | ) | |
| | ) | Hon. James D. Todd |
| PROCESS CONTROL COMPANY, | ) | United States District Judge |
| | ) | |
| DEFENDANT/PETITIONER. | ) | No. 01S01-9707-FD-00148 |

# ORDER DENYING PETITION FOR REHEARING

FILED

September 21, 1998

Cecil W. Crowson
Appellate Court Clerk

Process Control Company, Defendant/Petitioner, has filed a petition to rehear this cause pursuant to Tenn. R. App. R. 39 contending that our opinion overlooks a material fact.

After due consideration, we conclude that the petition for rehearing should be and the same is hereby denied at the cost of Defendant/Petitioner.

PER CURIAM